Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied. PER CURIAM. Permission to answer over was granted to allow defendant, if he so desires, (1) to allege that he made the same representations to his vendee Wickham as were made to him; (2) to allege his reasons why Wickham failed to pay; (3) to allege any facts upon which defendant bases his claim for damages. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SUSAN ELIZABETH LAUGHLIN, Appellant, v. THE STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

WILLIAM LAUGHLIN, Appellant, v. THE STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

SEYMOUR BLOUNT, Appellant, v. THE STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GEORGE E. DRUMM, Plaintiff, v. PENNSYLVANIA RAILROAD COMPANY and Another, Defendants.— Appeal dismissed, without costs, upon stipulation filed. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

GEORGE GORDON HAKES, Appellant, v. ROY S. ROWLAND, Respondent.— Appeal dismissed, unless appellant shall file and serve printed papers and printed briefs by August first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

JOSEPH DONATO, Respondent, v. JOHN E. PITMAN, Appellant.— Appeal dismissed, unless appellant shall file and serve printed papers and printed briefs and pay to respondent's attorneys ten dollars by August first. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of JOHN A. BUCKLER, as Administrator, etc., of JENNIE BUCKLER, Deceased, to Discover Certain Property of Said Decedent Claimed to Be Withheld.— Appeal dismissed, unless appellant shall file and serve printed briefs by August first. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

In the Matter of EDWARD J. FRANK, an Attorney and Counselor at Law.— Order of disbarment entered upon certified copy of judgment of Erie County Court convicting said Edward J. Frank of the crime of grand larceny, first degree, on December 27, 1927. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.

PIUS L. SCHWERT, Respondent, v. HENRY G. HAYES, Appellant, Impleaded with Others.— Appeal dismissed, unless appellant shall file and serve the printed records and printed briefs by August fifteenth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE ALLING & CORY COMPANY, Respondent, v. GILLIES LITHOGRAPHING AND PRINTING COMPANY, Appellant.— Appeal dismissed, unless appellant shall file and serve printed records and printed briefs by August first. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

IDA HAZEL HENDERSON, Appellant, v. MELVIN AMES, Respondent.— Appeal dismissed, unless appellant shall file and serve printed records and printed briefs